1

JAMES DAL BON
CA BAR #157942
DAL BON AND WANG
12 SOUTH FIRST STREET #613
SAN JOSE, CA 95113
TEL (408) 292-1040
FAX (408) 292-1045

ATTORNEY FOR PLAINTIFF



Filed

MAY 2 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FAUSTINO CORTEZ AMADOR,          )   Case No: C07 02713 PVT
                                  )
            Plaintiff,            )   DEMAND FOR JURY TRIAL
                                  )
     vs.                          )
                                  )
JANET LEE and ALISA LEE, dba KANG )
                                  )
NAM KOREA HOUSE and DOES 1-10     )
                                  )
            Defendants            )
                                  )
                                  )
                                  )
                                  )
                                  )

Plaintiff demands a jury trial.

May 22, 2007

JAMES DAL BON
DAL BON AND WANG
12 South First Street #613
San Jose, CA 95113