**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

FAUSTINO CORTEZ AMADOR,  C 07-2713 PVT

*Plaintiff(s),*

**CLERK'S NOTICE RESCHEDULING**
**CASE MANAGEMENT CONFERENCE**

vs.

JANET LEE, ET AL.,

*Defendant(s).*

Please take notice that the Case Management Conference scheduled for August 28, 2007 at 2:00 p.m. has been rescheduled to **September 4, 2007 at 2:00 p.m.** before Magistrate Patricia V. Trumbull. Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: August 2, 2007

/s/ Corinne Lew

Corinne Lew
DEPUTY CLERK