| | |
|---|---|
| 1 | Rona P. Layton (SBN: 121238) |
| | SIMS & LAYTON |
| 2 | 84 W. Santa Clara St., #660 |
| | San Jose, CA 95113 |
| 3 | (408) 998-3400 |
| 4 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FAUSTINO CORTEZ AMADOR, | CASE NO. 06-CV-07784 JW |
| Plaintiff, | ANSWER OF DEFENDANTS JANET HONG AND ALISA LEE, DBA KANG NAM KOREA HOUSE TO AMENDED COMPLAINT |
| v. | |
| JANET HONG and ALISA LEE, dba KANG NAM KOREA HOUSE and DOES 1-10, | |
| Defendants. | |

Defendants Janet Hong (sued erroneously as Janet Lee) and Alisa Lee, dba Kang Nam Korea House answer Plaintiff Faustino Cortez Amador's amended complaint as follows:

1. Answering the allegations of Paragraph 1 of the amended complaint, Defendants admit that Plaintiff was paid on a salary basis during some months within the last four years. Except as specifically admitted, Defendants deny the allegations of Paragraph 1.

2. Defendants admit the allegations of Paragraph 2 of the amended complaint.

3. Answering the allegations of Paragraph 3 of the amended complaint, Defendants deny that this Court has subject matter jurisdiction of this action.

4. Answering the allegations of Paragraph 4 of the amended complaint, Defendants cannot

Defendants' Answer- C0702713 PVT         1

1  admit or deny the allegations, because Defendants have insufficient information with regard to Plaintiff's residency during the entire period in question.

5. Defendants admit the allegations of Paragraph 5 of the amended complaint.

6. Answering the allegations of Paragraph 6 of the Amended complaint, Defendant Alisa Lee denies that she is a resident of Santa Clara County. Except as specifically denied, Defendants admit the allegation of this Paragraph.

7. Answering the allegations of Paragraph 7 of the amended complaint, Defendants admit that they are partners doing business as Kang Nam Korea House.

8. Answering the allegations of Paragraph 8 of the amended complaint, Defendants admit that Plaintiff was an employee at various times between January 16, 2005 and April 24, 2007.

9. Defendants admit the allegations of Paragraph 9 of the amended complaint.

10. Defendants admit the allegations of Paragraph 10 of the amended complaint.

11. Answering the allegations of Paragraph 11 of the amended complaint, Defendants admit that Plaintiff was paid on a salary basis during part of his employment.

12. Defendants admit the allegations of Paragraph 12 of the amended complaint.

13. Defendants admit the allegations of Paragraph 13 of the amended complaint.

14. Defendants admit that they are general partners in the partnership which operates Kang Nam Korea House. Except as specifically admitted, Defendants deny the allegations of paragraph 14 of the amended complaint, which are allegations of corporate alter ego liability.

15. Defendants' responses to the allegations of paragraphs 1 through 14 of the amended complaint are realleged and incorporated herein by reference.

16. Defendants deny the allegations of Paragraph 16 of the amended complaint, but admit that California Labor Code Section 510 is applicable to Plaintiff's employment.

17. Answering the allegations of Paragraph 17 of the Amended complaint, Defendants deny that they knowingly failed to pay Plaintiff as required by law. Defendants admit that Plaintiff regularly worked overtime hours.

18. Defendants admit that the statements made in Paragraph 18 of the amended complaint are correct.

19. Defendants deny the allegations of Paragraph 19 of the amended complaint.

20. Answering the allegations of Paragraph 20 of the amended complaint, Defendants deny that Plaintiff ever requested additional wages.

21. Answering the allegations of Paragraph 21 of the amended complaint, Defendants deny that the sum indicated by Plaintiff is in fact the "required sum."

22. Defendants' responses to the allegations of paragraphs 1 through 21 of the amended complaint are realleged and incorporated herein by reference.

23. Defendants deny all of the allegations of Paragraph 24 of the amended complaint.

24. Defendants acknowledge the accuracy of the statements made in paragraph 25 of the amended complaint, however Defendants deny that they are subject to the FLSA.

25. Answering the allegations of Paragraph 26 of the amended complaint, Defendants deny that they were not exempt from the FLSA.

26. Defendants deny the allegations of Paragraph 27 of the amended complaint.

27. Defendants deny the allegations of Paragraph 28 of the amended complaint.

28. Defendants deny the allegations of Paragraph 29 of the amended complaint.

29. Defendants deny the allegations of Paragraph 30 of the amended complaint.

30. Defendants deny the allegations of Paragraph 31 of the amended complaint.

31. Defendants' responses to the allegations of paragraphs 1 through 31 of the amended complaint are realleged and incorporated herein by reference.

32. Defendants deny the allegations of Paragraph 33 of the amended complaint.

33. Defendants acknowledge the accuracy of the statement made in paragraph 34 of the amended complaint.

34. Answering the allegations of Paragraph 35 of the amended complaint, Defendants deny that the "amount due" is in fact due.

35. Defendants' responses to the allegations of paragraphs 1 through 35 of the amended complaint are realleged and incorporated herein by reference.

36. Defendants admit the allegations of Paragraph 39 of the amended complaint.

37. Defendants admit the allegations of Paragraph 40 of the amended complaint.

38. Answering the allegations of Paragraph 41 of the amended complaint, Defendants admit that Plaintiff was not paid all of his overtime wages, but deny that they kept to themselves any amount that should have been paid to him.
39. Defendants deny the allegations of Paragraph 42 of the amended complaint.
40. Defendants deny the allegations of Paragraph 43 of the amended complaint.
41. Defendants deny the allegations of Paragraph 44 of the amended complaint.
42. Defendants deny the allegations of Paragraph 45 of the amended complaint.
43. Defendants' responses to the allegations of Paragraphs 1 through 45 of the amended complaint are realleged and incorporated herein by reference.
44. Defendants deny that Paragraph 47 of the amended complaint is an accurate restatement of California Labor Code Section 226.
45. Defendants deny that Paragraph 48 of the amended complaint is an accurate restatement of California Labor Code Section 226.
46. Answering the allegations of Paragraph 49 of the amended complaint, Defendants deny that during the course of Plaintiff's employment, they consistently failed to provide adequate pay statements as required by California Labor Code Section 226.
47. Defendants deny the allegations of Paragraph 50 of the amended complaint.
48. Defendants deny the allegation of Paragraph 51 of the amended complaint.
49. Defendants deny the allegation of Paragraph 52 of the amended complaint.
50. Defendants deny the allegation of Paragraph 53 of the amended complaint.

**Affirmative Defenses**

AS AND FOR A FIRST AFFIRMATIVE DEFENSE TO THE AMENDED COMPLAINT ON FILE HEREIN, Defendants allege that the Amended Complaint fails to state a claim against Defendants under the FLSA upon which relief can be granted.

AS AND FOR A SECOND AFFIRMATIVE DEFENSE TO THE AMENDED COMPLAINT ON FILE HEREIN, Defendants allege that Plaintiff is estopped from alleging the matters set forth in the Amended Complaint.

AS AND FOR A THIRD AFFIRMATIVE DEFENSE TO THE AMENDED COMPLAINT

1  ON FILE HEREIN, Defendants presently has insufficient knowledge or information on which to
2  form a belief as to whether they may have additional, as yet unstated, defenses available.  Defendants
3  reserve herein the right to assert additional defenses in the event discovery indicates that they would
4  be appropriate.
5       WHEREFORE, Defendants Janet Hong and Alisa Lee, dba Kang Nam Korea House, pray
6  that Plaintiff take nothing by reason of his Amended Complaint herein and that Defendants be
7  awarded their costs of suit incurred herein, attorney's fees and such other and further relief as the
8  Court deems just and proper.

9                                                                          SIMS & LAYTON

10 Dated: _____        By: _____
11                                            RONA P. LAYTON, Attorneys for
                                              Defendants JANET HONG and ALISA
12                                            LEE, dba KANG NAM KOREA
                                              HOUSE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendants' Answer- C0702713 PVT              5