JAMES DAL BON
CA BAR #157942
DAL BON AND WANG
12 South First Street #613
San Jose, CA 95113
Tel (408)292-1040
Fax (408)292-1045

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAUSTINO CORTEZ AMADOR,<br><br>  Plaintiff,<br><br>  vs.<br><br>JANET LEE and ALISA LEE, dba KANG NAM KOREA HOUSE and DOES 1-10<br><br>  Defendants | Case No: 07-02713<br><br>JOINT CASE MANAGEMENT CONFERENCE STATEMENT |

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

The parties to the above-referenced action jointly submit this Case Management Statement and Mediation Certification.

**DESCRIPTION OF THE CASE**

1. <u>Jurisdiction and Service</u>:

The United States District Court has jurisdiction under the Fair Labor and Standards Act.

2. <u>Facts</u>:

This is a simple wage and hour case. The plaintiff claims he worked for a Korea House in a variety of capacities including cook. Plaintiff asserts he worked over eight hours in one day

and forty hours in one week and was not paid overtime. Defendants assert they owe no overtime.

3. Legal Issues:

Does Plaintiff qualify as an exempt employee under state and federal overtime law.  Is the Defendant subject to the provisions of the FLSA.

4. Motions:

Plaintiff and Defendant anticipate filing a summary judgment motion on all issues following limited discovery.

5. Amendment of Pleadings:

Plaintiff anticipates no further amendments to the complaint unless he discovers new parties to the case.

6. Evidence Preservation:

Plaintiff and Defendant have preserved all evidence.

7. Disclosures:

Plaintiff and Defendant are attempting to settle this case early before extensive discovery They will exchange initial disclosures by 9/12/2007.   However documents have been exchanged and early settlement negotiations have begun.

8. Discovery:

Thirty five special interrogatories per party;  Unlimited requests for Admissions and Production of Documents.  Parties limited to five non expert depositions at ten hours a piece (eight hour limitation imposed by local rules raised to ten because some depositions may require an interpreter).

9. Class Actions: None we are aware of.

10. Related Cases: None we are aware of.

11. Relief:  Plaintiff is asking for lost overtime wages under state of federal;

12. <u>Settlement and ADR</u>:  Both parties consent to mediation.

13. <u>Consent to Magistrate Judge For All Purposes</u>:  Both parties consent to a magistrate judge.

14. <u>Other References</u>: None requested

15. <u>Narrowing of Issues</u>: Summary Judgment will narrow issues.

16. <u>Expedited Schedule</u>:  None Requested

17. <u>Scheduling</u>:  See below

18. <u>Trial</u>:  Both sides request a jury trial

19. <u>Disclosure of Non-party Interested Entities or Persons</u>:  None that Plaintiff and Defendant are aware of.

## ALTERNATIVE DISPUTE RESOLUTION

Parties met and conferred and agree on early mediation.  We will file a stipulation selecting mediation (ADR L.R. 6) as an ADR process.

## DISCLOSURES

Disclosures will be exchanged by 9/12/07

## DISCOVERY

Close of all discovery by December 31, 2007.  Exchange of expert witnesses January 31, 2008, Deposition of expert witnesses February 28th, 2008.  Last Day for dispositive motions March 27, 2008.

## TRIAL SCHEDULE

Five day trial sometime in April 2008

Respectfully submitted,
Dal Bon & Wang

Dated: September 3, 2007                     _____s/jdb_____
                                             James Dal Bon
                                             Attorney for Plaintiff

DECLARATION OF JAMES DAL BON

I declare under penalty of perjury by the law of United States that the foregoing is true and correct:

On September 3, 2007 I spoke to opposing counsel Rona Layton and although she could not sign the JOINT CASE MANAGEMENT STATEMENT she approves of its content and authorized the filing of the JOINT CASE MANAGEMENT STATEMENT without her signature.

September 3, 2007

_____s/jdb_____

James Dal Bon

**CASE MANAGEMENT ORDER**

The case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition the Court orders:

Dated: _____

Honorable Patricia V Trumbull