UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 9/4/07

Court Reporter: FTR        Clerk: C. Lew

Case No: C 07-02713 PVT    Case Title: Faustino Cortez Amador  vs.  Janet Lee

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| James Dal Bon | Phillip Sims |

## PROCEEDINGS

Pretrial Conferences:    [ ] Initial    [ ] Status    [ ] Discovery
                         [ ] Settlement [ ] Final
                         [ ] Other      **[X] Case Management Conference**

| Pltf. | Deft. | MOTIONS |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted              [ ] Submitted          [ ] Settled
[ ] Denied               [ ] Briefs to be filed [ ] Not Settled
[ ] Granted in part, denied in part            [ ] Off Calendar

[X] Case referred to Mediation. Further Case Management Conference set for 12/11/07 at 2:00 p.m.

## ORDER TO BE PREPARED BY

[ ] Plaintiff     [ ] Defendant     [X] Court     [ ] Court w/opinion

cc: Mediation