# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Amador,<br><br>                Plaintiff(s),<br><br>   v.<br><br>Lee,<br><br>                Defendant(s). | 07-02713 PVT MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

      The court notifies the parties and counsel that the Mediator assigned to this case is:

                **Eric A. Grover**
                Keller Grover LLP
                425 Second St., Suite 500
                San Francisco, CA 94107
                415-543-1305

      Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: September 6, 2007

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-02713 PVT MED                              - 2 -