UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| FAUSTINO CORTEZ AMADOR, | ) | Case No.: C 07-2713    PVT |
| Plaintiff, | ) ) ) | **CASE MANAGEMENT CONFERENCE ORDER** |
| v. | ) ) | |
| JANET LEE AND ALISA LEE, dba KANG NAM KOREA HOUSE | ) ) ) | |
| Defendants. | ) ) | |

    On September 4, 2007, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

    IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

    IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

    IT IS FURTHER ORDERED that the following schedule shall apply to this case: the parties shall appear for a further Case Management Conference at 2:00 p.m. on December 11, 2007. The parties shall file a Joint Case Management Conference Statement no later than December 4, 2007.

1   IT IS HEREBY ORDERED that the parties shall comply with the Standing Order for
2  Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull  (rev.
3  1/5/06), a copy of which is available from the clerk of the court,[1] with regard to the timing and
4  content of the Joint Pretrial Statement, and all other pretrial submissions.

5  Dated: September    7,    2007

*Patricia V. Trumbull*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1]   A copy of Judge Trumbull's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge Trumbull's General Order for all purposes (01/5/06)."