**FILED**

NOV 26 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Amador,<br><br>          Plaintiff(s),<br><br>     v.<br><br>Lee,<br><br>          Defendant(s). | No. C 07-02713 PVT MED<br><br>**Certification of ADR Session** |

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) Nov. 15, 2007

2. Did the case settle?   ☐ fully   ☐ partially   ☑ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) _____
   ☑ phone discussions expected by (date) Nov. 27, 2007
   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☐ YES   ☑ NO

Dated: Nov. 16, 2007

E A Grover

Mediator, Eric A. Grover
Keller Grover LLP
425 Second St., Suite 500
San Francisco, CA 94107

Certification of ADR Session
07-02713 PVT MED