**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

FAUSTINO CORTEZ AMADOR,

    *Plaintiff(s),*

vs.

JANET LEE, ET AL.,

    *Defendant(s).*

C 07-2713 PVT

**CLERK'S NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE**

Please take notice that the Case Management Conference scheduled for December 11, 2007 at 2:00 p.m. has been rescheduled to **December 18, 2007 at 2:00 p.m.** before Magistrate Patricia V. Trumbull. Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: December 11, 2007

/s/ Corinne Lew
Corinne Lew
DEPUTY CLERK