UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 12/18/07

Court Reporter: FTR         Clerk: C. Lew

Case No:C 07-02713 PVT      Case Title: Faustino Cortez Amador   vs.  Janet Lee

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| James Dal Bon | Rona Layton |

PROCEEDINGS

Pretrial Conferences:   [ ] Initial      [ ] Status      [ ] Discovery
                        [ ] Settlement   [ ] Final
                        [ ] Other        **[X]Further Case Management Conference**

| Pltf. | Deft. | MOTIONS |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

DISPOSITION

[ ] Granted            [ ] Submitted          [ ] Settled

[ ] Denied             [ ] Briefs to be filed [ ] Not Settled

[ ] Granted in part, denied in part           [ ] Off Calendar


[X ] Case has settled parties to file a dismissal by 12/28/07.

**ORDER TO BE PREPARED BY**

[ ] Plaintiff      [ ] Defendant      [ ] Court      [ ] Court w/opinion