**DAL BON & WANG**

12 SOUTH FIRST STREET, SUITE 613
SAN JOSE, CA 95113
TEL (408) 292-1040
FAX (408) 351-0261

JAMES DAL BON
ADAM WANG

December 28, 2007

Honorable Magistrate Judge
Patricia Trumbull
280 South 1st Street
San Jose, CA 95113

Re:   Amador vs Lee
      07-02713

Dear Judge Trumbull,

You set today as the last day to dismiss this case. The Plaintiff and Defendant have come to an agreement in this case. However Plaintiff's counsel has lost contact with his client. All of his phones have been disconnected. This is highly unusual given Plaintiff knows we have settled his case.

Please extend a little more time for us to locate the Plaintiff. We send some one to his apartment to find him. I have spoken with the Defense counsel regarding this matter.

Sincerely,

James Dal Bon