UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FAUSTINO CORTEZ AMADOR,<br><br>            Plaintiff,<br><br>    v.<br><br>JANET LEE AND ALISA LEE, dba<br>KANG NAM KOREA HOUSE<br><br>            Defendants. | Case No.: C 07-2713    PVT<br><br>ORDER TO SHOW CAUSE WHY<br>CASE SHOULD NOT BE DISMISSED<br>***WITHOUT PREJUDICE*** |

On December 18, 2007, the parties appeared before Magistrate Judge Patricia V. Trumbull for Further Case Management Conference. Based upon the parties' assertion that the case had settled, the court issued a minute order in which it set a deadline of December 28, 2007, for the parties to file a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1). As of the date of this order, no such stipulation of dismissal has been filed.[1] Therefore,

IT IS HEREBY ORDERED that no later than February 22, 2008, either party may file a

---

[1] The court is in receipt of Plaintiff's letter dated December 28, 2007, and notes that it is not in proper motion format. Civil L.R. 7-1.

declaration showing cause why this case should not be dismissed ***without prejudice.***[2]

IT IS FURTHER ORDERED that this order is without prejudice to the parties filing a stipulated dismissal pursuant to Federal Rules of Civil Procedure 41(a)(1) on or before February 22, 2008.[3]

Dated: *1/8/08*

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[2] An employee's claims under the FLSA are non-waivable, and thus may not be settled without supervision of either the Secretary of Labor or a district court. *See Yue Zhou v. Wang's Restaurant*, 2007 WL 172308 at * 1 (N.D.Cal. Jan 17, 2007); *see also, Lynn's Food Stores, Inc. v. United States*, et al., 679 F. 2d 1350, 1352-53 (11th Cir. 1982); and House Report No. 101-664. "House Report No. 101-664" refers to House Report No. 101-664, P.l. 101-433, Older Workers Benefit Protection Act, H.R. Rep. 101-664, H.R. Rep. No. 664, 101st Cong., 2nd Sess. 1990, 1990 WL 200383 (1990). This report reflects congress' continued intent that FLSA claims may not be waived or compromised without supervision of either the Secretary of Labor or a district court.

[3] The Court expresses no opinion as to the enforceability of any settlement conducted without the approval of either the Secretary of Labor or the District Court.