JAMES DAL BON
CA BAR #157942
LAW OFFICES OF JAMES DAL BON
28 NORTH 1ST SUITE 210
SAN JOSE, CA 95113
TEL (408)297-4729
FAX (408)297-4728

ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Faustino Cortez Amador<br><br>    Plaintiffs,<br><br>vs.<br><br>Janet Lee and Alisa Lee dba Kam Nam Korea House and Does One Through Ten<br><br>    Defendants, | Case No: C07-02713PVT<br><br>VOLUNTARY DISMISSAL RULE OF FEDERAL CIVIL PROCEDURE 41(a)(1)(ii) |

1)   The parties having entered into a settlement agreement on January 2008, hereby stipulated to dismiss their case under Federal Rule of Civil Procedure 41(a)(1)(ii).

with prejudice.

Voluntary Dismissal - 1

1 | Dated: February 1, 2008

*[signature]*

5 | James Dal Bon for the Plaintiff
6 | Law Offices of James Dal Bon

9 | Dated: 2-1-08

*[signature]*

Rona Layton
Sims & Layton
84 West Santa Clara Street 600
San Jose, CA 95113